IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Shared Medical Systems Corp.
Plaintiff(s)

v.

Presbyterian Community Hospital, Inc.
Defendant(s)

Civil No. 97-2175 (SEC)

RECEIVED & FILED
99 NOV 19 AM 7:33
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

## DESCRIPTION OF MOTION

DATE FILED: Nov. 2 1999   DOCKET #: 40   TITLE: Informative Motion and request that defendant's motion to compel be denied...

[X] Plaintiff(s)   [ ] Third Party Defendant(s)

[ ] Defendant(s)

DISPOSITION:

[X] GRANTED          [ ] DENIED

[X] NOTED            [ ] MOOT

## COMMENTS

The court takes notice of plaintiff's compliance with the discovery. The parties shall cooperate with the discovery. The court therefore rules that defendant's motion to compel discovery (Docket #29) is now moot.

(2)

18 NOV 99
DATE

SALVADOR E. CASELLAS
United States District Judge

(41)