IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SHARED MEDICAL SYSTEMS CORP.

Plaintiff

v.   Civil No. 97-2175(SEC)

PRESBYTERIAN COMMUNITY
HOSPITAL, INC.

Defendant

## ORDER

The court notices that to this date, the defendant has not yet answered the complaint. The Court ruled upon a pending motion for summary judgement on October 27, 1999 **(Docket #39)**, denying defendant's request for dismissal of this action. More than thirty (30) days have elapsed since then, without the defendant filing the answer to the complaint. Therefore, the defendant is hereby **ORDERED** to answer the complaint within fifteen (15) days of this Order.

In addition, plaintiff's motion to schedule a status conference **(Docket #42)** is **DENIED** since the Court finds that holding a status conference at this time is inappropriate.

**SO ORDERED.**

In San Juan, Puerto Rico, this 13TH day of December, 1999.

SALVADOR E. CASELLAS
United States District Judge

AO 72A
(Rev. 8/82)