IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

_Shared Medical Systems Corp._
Plaintiff(s)

v.   Civil No. 97-2175 (SEC)

_Presbyterian Community Hospital Inc._
Defendant(s)

RECEIVED & FILED
JAN 20 AM 7:51
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

## DESCRIPTION OF MOTION

DATE FILED: 1/5/00   DOCKET #: 46   TITLE: _Motion Requesting an Extension of Time to Amend Pleadings_

[X] Plaintiff(s)   [ ] Third Party Defendant(s)

[ ] Defendant(s)

DISPOSITION:

[ ] GRANTED   [X] DENIED

[ ] NOTED   [ ] MOOT

## COMMENTS

The parties shall adhere to the deadlines set by the Court in the Case Management Orders.

19 I 00
DATE

SALVADOR E. CASELLAS
United States District Judge