# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

SHARED MEDICAL SYSTEMS, CORP. *
                              *
    Plaintiff                 *
                              *                Civil No. 97-2175 (SEC)
    v.                        *
                              *
PRESBYTERIAN COMMUNITY HOSPITAL, *
INC.                          *
                              *
    Defendant                 *
*********************************************

## ORDER

The above-captioned matter is hereby referred to Magistrate Judge J.A. Castellanos for the holding of a case management and settlement conference, **to be set no later than April 17, 2000**. In this meeting, Magistrate Judge Castellanos should ascertain the parties' compliance with the deadlines set forth in the case management order and explore the possibility of settlement. If settlement is not viable, Magistrate Judge Castellanos should ascertain whether the parties would be willing to revisit the possibility of consenting to proceed before him. In the event that settlement negotiations are not successful and the parties are unwilling to consent to proceed before Magistrate Judge Castellanos, **the case shall be returned to this Court**.

**SO ORDERED.**

In San Juan, Puerto Rico, this 16 day of February, 2000.

SALVADOR E. CASELLAS
United States District Judge

AO 72A
(Rev. 8/82)