# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



SHARED MEDICAL SYSTEMS, CORP.

Plaintiff(s)

v.                                    Civil No. 97-2175(SEC)

PRESBYTERIAN COMMUNITY HOSPITAL, INC.

Defendant(s)

| DESCRIPTION OF MOTION |||
|---|---|---|
| Date Filed: 02-17-00 | Docket No. 52 | Title: **Order** |
| [ ] Plaintiff(s) | [ ] Defendant(s) ||

## ORDER

[ ] is GRANTED.

[ ] is DENIED.

[ ] is MOOT.

[ ] is NOTED.

[X] OTHER.

**Order:**

As per order of the Court, the Case Management and Settlement Conference is hereby scheduled for **Thursday, April 6, 2000 at 9:30 a.m.**

Parties to be notified.

02-18-00
Date

J. Antonio Castellanos
U.S. Magistrate Judge

