IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SHARED MEDICAL SYSTEMS, CORP.

    Plaintiff

    v.                                    CIVIL NO. 97-2175(SEC)

PRESBYTERIAN COMMUNITY HOSPITAL, INC.

    Defendant

## CASE MANAGEMENT AND SETTLEMENT CONFERENCE REPORT

At the Case Management and Settlement Conference held today, the parties were represented by Counsel Pedro R. Pierluisi, Antonio L. Roig, and Rafael Baella-Silva.

Within the next five (5) days, the parties are to inform if consent to proceed before this magistrate is going to be given. Thereafter, the parties will request a settlement conference before this magistrate, which is to be scheduled on short notice.

Discovery has been practically concluded, and the parties do not anticipate any problems in complying with the deadlines set by the Court.

In San Juan, Puerto Rico, this 6th day of April of 2000.

o/c *P. Pierluisi*
*R. Baella*

J. ANTONIO CASTELLANOS
UNITED STATES MAGISTRATE JUDGE

4-7-00

AO 72
(Rev 8/82)