## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO



SHARED MEDICAL SYSTEMS, CORP.

   Plaintiff(s)

      v.                           Civil No. 97-2175(SEC)

PRESBYTERIAN COMMUNITY HOSPITAL, INC.

   Defendant(s)

*RECEIVED & FILED 00 APR 27 AM 8:23 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, P.R.*

| DESCRIPTION OF MOTION |||
|---|---|---|
| Date Filed: 04-11-00 | Docket No. 55 | Title: **Motion in Compliance with Magistrate's Order** |
| [ ] Plaintiff(s) | [x] Defendant(s) | |

| ORDER ||
|---|---|
| [ ] is GRANTED. | **Order:** |
| [ ] is DENIED. | A Settlement Conference is hereby scheduled for **Tuesday, May 9, 2000 at 9:30 a.m.** |
| [ ] is MOOT. | |
| [ ] is NOTED. | The parties are to be notified by telephone and mail. |
| [X] OTHER. | |

     04-24-00
       Date                     J. Antonio Castellanos
                                   U.S. Magistrate Judge

*4/27/00 not. by phone thru Maria, Secret. of Baella + Buedo at 3:00 PM.*
*Not. by phone thru Myrna of Atty Pierluisi's Office at 3 PM.*

57