IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



SHARED MEDICAL SYSTEMS, CORP.

Plaintiff(s)

v.                                                                          Civil No. 97-2175(SEC)

PRESBYTERIAN COMMUNITY HOSPITAL, INC.

Defendant(s)

| DESCRIPTION OF MOTION | | |
|---|---|---|
| Date Filed: 04-15-00 | Docket No. 56 | Title: |
| [X] Plaintiff(s) | [ ] Defendant(s) | **Consent to Settlement Conference** |

| ORDER |
|---|

[ ] is GRANTED.            **Order:**

[ ] is DENIED.             The Settlement Conference has already
                           been set for May 9, 2000 at 9:30 a.m.
[ ] is MOOT.
                           See Order of April 27, 2000 (D.E. #57).
[ ] is NOTED.

[X] OTHER.

_05-01-00_                                J. Antonio Castellanos
Date                                      U.S. Magistrate Judge