IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SHARED MEDICAL SYSTEMS, CORP.,

Plaintiff

v.                                             CIVIL NO. 97-2175(SEC)

PRESBYTERIAN COMMUNITY HOSPITAL, INC.,

Defendant

## SETTLEMENT CONFERENCE REPORT

At the Settlement Conference held today, the parties were represented by Counsel Pedro R. Pierluisi, Antonio L. Roig, and Rafael Baella-Silva. Also, were present Messrs. Jeff Edgin, Julio Navarro, and Dr. Belisario Matta.

Settlement negotiations were started today. Plaintiff is to make a formal offer of settlement which is to be considered and evaluated by Doctors' Board Director. The board's meeting is expected to be held before the end of the month. Defendant's acceptance or counterproposal, if any, is to be made in writing. Should the parties are unable to settle and believe that another conference before this magistrate is advisable, they can request so on short notice.

In San Juan, Puerto Rico, this 10th day of May of 2000.

J. ANTONIO CASTELLANOS
UNITED STATES MAGISTRATE JUDGE

AO 72
(Rev 8/82)

