IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SHARED MEDICAL SYSTEMS
CORPORATION
    Plaintiff

v.          Civil No. 97-2175(SEC)

PRESBYTERIAN COMMUNITY
HOSPITAL, INC.
    Defendant

RECEIVED & FILED
00 JUN 23 AM 7:20
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

## ORDER

| MOTION | RULING |
|---|---|
| **Docket #66**<br>**Informative Motion Relative to Plaintiff's Expert Witness Report** | **Noted.** However, the parties are admonished that at this stage of the proceedings, the Court is not inclined to grant any further extensions of time to conduct discovery. On December 16, 1999, this Court set the deadline for discovery at July 28th, 2000. (Docket #44). Already the Court has disposed of a summary judgment motion and the parties are presumably ready for trial. In fact, the parties are currently conducting settlement negotiations under the guidance of Magistrate Judge J.A. Castellanos. At this stage of the proceedings, if settlement is not reached, the parties are to file the Pre-Trial Report and this Court will set a Pre-Trial Conference. |

DATE: June 22, 2000

SALVADOR E. CASELLAS
United States District Judge

