## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

SHARED MEDICAL SYSTEMS, CORP.,

    Plaintiff

    v.           CIVIL NO. 97-2175(SEC)

PRESBYTERIAN COMMUNITY HOSPITAL, INC.,

    Defendant

## ORDER

The <u>Third Informative Motion Relative to Plaintiff's Settlement Offer</u> (D.E. #65) is hereby set for a conference for **Wednesday, July 26, 2000 at 10:30 a.m.**

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 29th day of June, 2000.

           J. ANTONIO CASTELLANOS
           UNITED STATES MAGISTRATE JUDGE




AO 72
(Rev 8/82)