IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SHARED MEDICAL SYSTEMS, CORP.,

Plaintiff

v.                                                         CIVIL NO. 97-2175(SEC)

PRESBYTERIAN COMMUNITY HOSPITAL, INC.,

Defendant

## ORDER

The <u>Defendant's Motion Requesting Postponement of Settlement Conference</u> (D.E. #69) is Granted.

After a telephone conference held today with Counsel Rafael Baella-Silva and Antonio Roig, the Settlement Conference is rescheduled for **Thursday, August 10, 2000 at 9:30 a.m.**

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 20th day of July, 2000.

J. ANTONIO CASTELLANOS
UNITED STATES MAGISTRATE JUDGE

AO 72
(Rev 8/82)