IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SHARED MEDICAL SYSTEMS, CORP.,

Plaintiff

v.                                                              CIVIL NO. 97-2175(SEC)

PRESBYTERIAN COMMUNITY HOSPITAL, INC.,

Defendant

## SETTLEMENT CONFERENCE REPORT

At the Settlement Conference held on August 10, 2000, the parties were represented by Counsel Pedro R. Pierluisi, Antonio L. Roig, and Rafael Baella-Silva.

There is no possibility of settlement in this case. Plaintiff counsel requested the scheduling of the Final Pretrial Conference as well as the Trial.

In San Juan, Puerto Rico, this 14th day of August, 2000.

J. ANTONIO CASTELLANOS
UNITED STATES MAGISTRATE JUDGE

AO 72
(Rev 8/82)