IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SHARED MEDICAL SYSTEMS, CORP.,

Plaintiff

v.   Civil No. 97-2175(SEC)

PRESBYTERIAN COMMUNITY
HOSPITAL, INC.,

Defendant

## ORDER

By order of the Court, the above-captioned case is hereby transferred to the docket of the recently appointed U.S. District Judge for the District of Puerto Rico, Hon. Jay García-Gregory, subject to his approval pursuant to Local Rules 302(2) and 302(7).

**SO ORDERED.**

In San Juan, Puerto Rico, this 15th day of August, 2000.

SALVADOR E. CASELLAS
United States District Judge

AO 72A
(Rev. 8/82)