# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

SHARED MEDICAL SYSTEMS CORP.

**Plaintiff(s)**

v.    **CIVIL NUMBER:** 97-2175 (JAG)

PRESBYTERIAN COMMUNITY
HOSPITAL, INC.

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 09/08/2000<br>**Title:** Motion Requesting an Extension of Deadline to File Motions for Summary Judgment<br>**Docket:** 73<br>[x] Plffs   [ ] Defts   [ ] Other | **GRANTED.** |

**Date:** 09/13/00

JAY A. GARCIA-GREGORY
U.S. District Judge