UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SHARED MEDICAL SYSTEMS CORP.

Plaintiff(s)

v.

CIVIL NUMBER: 97-2175 (JAG)

PRESBYTERIAN COMMUNITY
HOSPITAL, INC.

Defendant(s)

| MOTION | ORDER |
|---|---|
| **Date:** 09/25/00<br>**Title:** Motion for an Extension of Time to Submit Original Unsworn Statement Under Penalty of Perjury<br>**Docket:** 77<br>[x] Plffs   [ ] Defts   [ ] Other | **GRANTED.** Original unsworn statement should be submitted by October 4, 2000. |

Date: 09/1?/00

JAY A. GARCIA-GREGORY
U.S. District Judge