UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SHARED MEDICAL SYSTEMS CORP.

**Plaintiff(s)**

v.                                CIVIL NUMBER: 97-2175 (JAG)

PRESBYTERIAN COMMUNITY
HOSPITAL, INC.

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 09/29/00<br>**Title:** Motion Submitting Original Unsworn Statement Under Penalty of Perjury by David Hutton<br>**Dockets**: 80<br>[x] **Plffs**   [ ] **Defts**   [ ] **Other** | **GRANTED.** |

Date: October 16, 2000

JAY A. GARCIA-GREGORY
U.S. District Judge