## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

SHARED MEDICAL SYSTEMS CORP.

    **Plaintiff(s)**

       **v.**                **CIVIL NUMBER:** 97-2175 (JAG)

PRESBYTERIAN COMMUNITY
HOSPITAL, INC.

    **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 10/18/00 | **GRANTED.** |
| **Title:** Joint Motion Requesting an Extension of Time to Conclude the Discovery Relative to the Expert Witnesses and File the Pretrial Order | |
| **Dockets:** 82 | |
| [ x ] Plffs    [ ] Defts    [ ] Other | |

**Date:**  November 2, 2000

JAY A. GARCIA-GREGORY
U.S. District Judge