UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**                     DATE:NOVEMBER 13,2000

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY:  Lily **ALICEA**          **CASE NO.CIVIL 97-2175(JAG)**

===================================================================

SHARED MEDICAL SYSTEMS                    Attorneys:
                                          For Plantiff:
        V

                                          For Defendant:
AHFORD PRESBYTERIAN
===================================================================

By Order of the Court the above-mentioned case is hereby set for a status conference before Judge Garcia Gregory on **Thursday, May 10, 2001 at 10:30 AM**

Parties to be notified.

                                    _____
                                    Lily Alicea-Courtroom Deputy