UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SHARED MEDICAL SYSTEMS CORP.

    **Plaintiff(s)**

    v.                             **CIVIL NUMBER: 97-2175 (JAG)**

PRESBYTERIAN COMMUNITY
HOSPITAL, INC.

    **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 10/26/00<br>**Title:** Motion Requesting an Extension of Time to Reply to Defendant's Opposition to Plaintiff's Motion for Summary Judgment<br>**Dockets:** 85<br>[ x ] **Plffs**  [ ] **Defts**  [ ] **Other** | Leave to reply opposition to plaintiff's motion for partial summary judgment is **GRANTED**. |

| MOTION | ORDER |
|---|---|
| **Date Filed:** 10/30/00<br>**Title:** Opposition to Plaintiff's Motion Requesting Extension of Time to Reply to Defendant's Opposition to Plaintiff's Motion for Summary Judgment<br>**Dockets:** 87<br>[ x ] **Plffs**  [ ] **Defts**  [ ] **Other** | **DENIED.** |

Date: December 11, 2000

JAY A. GARCIA-GREGORY
U.S. District Judge