UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SHARED MEDICAL SYSTEMS CORP.

**Plaintiff(s)**

v.  CIVIL NUMBER: 97-2175 (JAG)

PRESBYTERIAN COMMUNITY
HOSPITAL, INC.

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 11/20/00<br>**Title:** Motion for a Short Extension of Time to Reply to Defendant's Opposition to Plaintiff's Motion for Summary Judgment<br>**Dockets:** 90<br>[x] Plffs  [ ] Defs  [ ] Other | MOOT. |

| MOTION | ORDER |
|---|---|
| **Date Filed:** 12/01/00<br>**Title:** Defendant's Request to Quash "Shared Medical System's Reply to Defendant's Opposition to the Motion for Partial Summary Judgment"<br>**Dockets:** 92<br>[ ] Plffs  [x] Defs  [ ] Other | DENIED. |

**Date:** December 11, 2000

JAY A. GARCIA-GREGORY
U.S. District Judge