UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SHARED MEDICAL SYSTEMS CORP.

**Plaintiff(s)**

v.   CIVIL NUMBER: 97-2175 (JAG)

PRESBYTERIAN COMMUNITY
HOSPITAL, INC.

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 01/12/01<br>**Title:** Joint Motion Requesting an Additional Extension of Time to Conclude the Discovery Relative to the Expert Witnesses and File the Pretrial Order<br>**Dockets**: 95<br>[ x ] Plffs   [ ] Defts   [ ] Other | **GRANTED.** |

Date:  February 15, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge

