UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF SETTING**                              DATE: MAY 9, 2001

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY: Lily **ALICEA**          **CASE NO. CIV. 97-2175 (JAG)**

===================================================================

SHARED MEDICAL SYSTEMS                     Attorneys:

      VS

PRESBYTERIAN COMMUNITY

---

By Order of the Court the status conference in the above-mentioned case set for tomorrow, May 10, 200s is hereby vacated and set aside. The same is rescheduled for MONDAY, JUNE 4, 2001 AT 10:30 AM. Parties notified by telephone

    Parties to be notified.


                                                              *Lily Alicea*
                                        Lily Alicea-Courtroom Deputy

