# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

SHARED MEDICAL SYSTEMS CORP.

**Plaintiff(s)**

v.

**CIVIL NUMBER:** 97-2175 (JAG)

PRESBYTERIAN COMMUNITY
HOSPITAL, INC.

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 04/16/01<br>**Title:** Joint Motion Requesting an Additional Extension of Time to Conclude the Discovery Relative to the Expert Witnesses and File the Pretrial Order<br>**Dockets:** 98<br>[ ] Plffs  [ ] Defts  [ ] Other | **GRANTED.** |

Date: May 8, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge

