UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SHARED MEDICAL SYSTEMS CORP.

**Plaintiff(s)**

v.

**CIVIL NUMBER:** 97-2175 (JAG)

PRESBYTERIAN COMMUNITY
HOSPITAL, INC.

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 08/31/01/01<br>**Title:** Joint Motion Requesting an Additional Extension of Time to Conclude the Discovery Relative to the Expert Witnesses<br>**Dockets:** 104<br>[ x ] **Plffs**   [ ] **Defts**   [ ] **Other** | **GRANTED.** |

Date: September 10, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge