## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

SIEMENS MEDICAL SOLUTIONS
HEALTH SERVICES CORPORATION, etc.

    **Plaintiff(s)**

        v.                       **CIVIL NUMBER:** 97-2175 (JAG)

PRESBYTERIAN COMMUNITY HOSPITAL,
INC.

    **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 10/31/01<br>**Title:** Joint Motion Requesting an Additional Extension of Time to Conclude the Discovery Relative to the Expert Witnesses<br>**Docket(s):** 106<br>[ x ] **Plff(s)**  [ ] **Dft(s)**  [ ] **Other** | **GRANTED.** |

**Date:**

                            JAY A. GARCIA-GREGORY
                            U.S. District Judge


