RECEIVED AND FILED 2002 FEB -5 AM 9:03 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, P.R.

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

SHARED MEDICAL SYSTEMS CORP.

**Plaintiff(s)**

v.  CIVIL NUMBER: 97-2175 (JAG)

PRESBYTERIAN COMMUNITY
HOSPITAL, INC.

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 01/28/02<br>**Title:** Motion Requesting an Additional Extension of Time to Conclude the Discovery Relative to the Expert Witnesses<br>**Dockets:** 108<br>[ x ] **Plffs**   [ ] **Defts**   [ ] **Other** | **GRANTED.** |

Date: February 1, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge