UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

*CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, P.R. 2002 FEB 13 AM 10: 32 RECEIVED AND FILED*

SHARED MEDICAL SYSTEMS CORP.

    **Plaintiff(s)**

    v.                       CIVIL NO.   97-2175 (JAG)

PRESBYTERIAN COMMUNITY
HOSPITAL, INC.

    **Defendant(s)**

---

| MOTION | ORDER |
|---|---|
| **Date Filed:** 02/06/02<br>**Title:** Defendant's Motion Adopting *In Toto* Plaintiff's Time Extension Request Dated January 30, 2002<br>**Dockets:** 110<br>[x] **Plffs**   [X] **Defts**   [ ] **Other** | GRANTED. |

**Date:** February 11, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge


