UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SHARED MEDICAL SYSTEMS CORP.

**Plaintiff(s)**

v.                                              CIVIL NO.    97-2175 (JAG)

PRESBYTERIAN COMMUNITY
HOSPITAL, INC.

**Defendant(s)**

---

| MOTION | ORDER |
|---|---|
| **Date Filed:** 03/01/02<br>**Title:** Motion Requesting an Additional Extension of Time to Conclude the Discovery Relative to the Expert Witnesses<br>**Dockets:** 112<br>[x] **Plffs**   [ ] **Defts**   [ ] **Other** | **GRANTED.** |

Date:  March 11, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge

