UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**                    DATE: AUGUST 7, 2002

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY: Lily **ALICEA**            CASE NO. CIV. 97-2175

========================================================================

| | |
|---|---|
| SHARED MEDICAL SYSTEMS | Attorneys: PEDRO PIERLUISI |
| | ANTONIO L. ROIG |
| VS | |
| PRESBYTERIAN COMMUNITY | RAFAEL BAELLA SILVA |

---

Case called for pretrial settlement conference. Court informs the parties that the partial summary judgment is going to be denied. Motion in limine filed has been opposed.

Court informs that the jury selection will be held before Magistrate Gelpi on August 23, 2002 at 8:30 AM. The proposed voir dire are to be filed by August 22, 2002 at noon with a courtesy copy to the Magistrate. The jury instruction are to be filed by August 19, 2002. The proposed pretrial order is adopted.

At this time there is no possibility of settlement. Case will proceed to trial as set.

Parties to be notified.

_Lily Alicea_
Lily Alicea-Courtroom Deputy

s/c to Mag Gelpi
    Courtroom Deputy
    Jury Clerk
    08-08-02 LEA