# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

**CIVIL MINUTES --- JURY TRIAL**

DATE: 08-23-02

BEFORE HON. **MAG. GUSTAVO A. GELPI**

C.R. DEPUTY CARLOS J. RODRIGUEZ

COURT REPORTER: FTR

COURT INTERPRETER: N/A

CASE NO.: CV.97-2175(JAG)

**ATTORNEYS:**

**Siemens Medical Solution. Corp.**

For Plaintiff(s): Pedro Pierluisi, Antonio Roig

VS.

**Presbyterian Community Hosp.**

For Defendant(s): Rafael Baella-Silva

CASE CALLED FOR JURY TRIAL. The Jury impaneled and sworn in as follows:

1) Marta López-Torres #2
2) Belinda Alfaro-Rivera #3
3) Gerardo Cedeño #4
4) Denis Arroyo #5
5) Elsie Casanova-Méndez #11
6) María Fernández #12
7) Elpidio Rodríguez #13
8) Jóse Alfonso Miranda-Ramos #14

DOCKET ENTRY:

Preliminary instructions are given by the Court. Trial shall begin on Monday, August 26, 2002 at 9:00 a.m. before Judge García-Gregory. The Jury is excused. The U.S. Marshals is instructed to provide snacks and refreshments during this trial.

CARLOS J. RODRIGUEZ/DEPUTY CLERK

s/c: Jury Clerk

