UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SHARED MEDICAL SYSTEMS CORP.

Plaintiff(s)

v.                                      CIVIL NUMBER: 97-2175 (JAG)

PRESBYTERIAN COMMUNITY
HOSPITAL, INC.

Defendant(s)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 07/29/02<br>**Title:** By pla Shared Medical Syst in Limine to prevent presenting into Evidence any reference to stlmt negotiations and offers made by the parties during the years 97-00 and letters dated 7/12-13/00<br>**Dockets:** 123<br>[ x ] **Plffs**    [ ] **Defts**    [ ] **Other** | GRANTED, Pursuant to Fed. R.Evid. 103(c) and 408 the parties are prevented from presenting into evidence any reference to settlement negotiations and offers made by the parties during the years 1997 and 2002.<br>The following documents are also excluded from the jury:<br>1. Any reference to SMS's proposal to the Board of Trustees, made on or about June 1997, and defendant's rejection of the same, as per letter by Rafael Baella-Silva,Esq. to Pedro Pierluisi, Esq. dated June 30, 1997, and any reference of any counter-offer thereto made by defendant.<br>2. The letter by Pedro Pierluisi, Esq. to Rafael Baella-Silva,Esq., dated May 28, 1997.<br>3. The letters by Rafael Baella-Silva,Esq. to Pedro Pierluisi, Esq. dated June 12 and 13, 2000, and any reference to the counter-offers included therein, and to SMS's rejection of the same. |
| **Date Filed:** 07/29/02<br>**Title:** By dft Ashford Presbyterian to request order authorizing the addition of the appended document to its list of exhibits previously submitted on 7/19/02<br>**Dockets:** 124<br>[ ] **Plffs**    [X] **Defts**    [ ] **Other** | DENIED, See order above |

| | |
|---|---|
| **Date Filed:** 08/19/02<br>**Title:** By dft Ashford Presbyterian to request order for exclusion of pltf's expert witness report<br>**Dockets:** 133<br>[ ] **Plffs**   [X] **Defts**   [ ] **Other** | **DENIED.** Defendant's request is untimely. The Trial Scheduling Order strictly dictates that "(a)ll motions *in limine* must be filed at least ten (10) days prior to the Pre-Trial and Settlement Conference." |

**Date:** August 26, 2002

*/s/ Jay A. Garcia-Gregory*
JAY A. GARCIA-GREGORY
U.S. District Judge