# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

SHARED MEDICAL SYSTEMS
CORPORATION

**Plaintiff**

**v.**                                         **CIVIL NO.** 97-2175 (JAG)

ASHFORD PRESBYTERIAN
COMMUNITY HOSPITAL

**Defendant**

---

## JUDGMENT

This action came on for trial before the Court and a jury. The issues have been duly tried, and the jury has rendered its verdict. Accordingly, the Court enters judgment as follows:

Pursuant to the Jury's Answer to Question 1 of the Verdict Form, Presbyterian Community Hospital, Inc. or Ashford breached the so called Invision Remote Computing and Unity Financial Management Services Agreement dated December 28, 1993.

Pursuant to the Jury's Answer to Questions 2 of the Verdict Form, Shared Medical Systems Corporation, now known as Siemens Medical Solutions Health Services Corporation, is entitled to damages in the amount of $575,000.

Accordingly, Presbyterian Community Hospital, Inc. or Ashford





shall pay to Shared Medical Systems Corporation, now known as Siemens Medical Solutions Health Services Corporation, $575,000 in damages for breach of the Invision Remote Computing and Unity Financial Management Services Agreement dated December 28, 1993.

Costs are awarded to plaintiff.

This case is now closed for statistical purposes.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 6th day of September, 2002.

*[signature]*
JAY A. GARCIA GREGORY
United States District Judge