UNITED STATES DISTRICT OF PUERTO RICO
DISTRICT OF PUERTO RICO

Shared Medical System Corp

vs.

Ashford Presbyterian Community Hospital

CIVIL NO. 97-2175 (JAG)

RECEIVED AND FILED
2002 SEP 30 AM 10:49
CLERK'S OFFICE
US DISTRICT COURT
OLD SAN JUAN, PR

### DESCRIPTION OF MOTION

Date Filed: 9/12/2002    Docket: 160    Title: Notice of Appearance as Counsel

☐ Plaintiff(s)   ☑ Defendant(s)   ☐ Other

### ORDER

☐ Granted      ☐ Moot
☐ Denied       ☑ Noted

9/27/02
Date

Jay A. García-Gregory
U.S. District Judge