# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



SIEMENS MEDICAL SOLUTIONS ET AL..
    Plaintiff(s)

v.

PRESBYTERIAN COMMUNITY
HOSPITAL
    Defendant(s)

CIVIL NO.   97-2175(JAG)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 10/3/02<br>**Title:** Motion Requesting an Extension of Time to Oppose Post-Trial Motions filed by Defendant<br>**Docket(s):**167<br><br>X Plaintiffs    ☐ Third Party<br>☐ Defendant(s)   ☐ Other | GRANTED. |

Date: 10·17·02

JAY A. GARCIA-GREGORY
U.S. District Judge


