UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SIEMENS MEDICAL SOLUTIONS
    Plaintiff(s)

    v.                                         CIVIL NO.   97-2175 (JAG)

PRESBYTERIAN COMMUNITY
HOSPITAL
    Defendant(s)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 10/11/02<br>**Title:** Motion Requesting an Extension of Time to Reply to Defendant's Opposition to Plaintiff's Bill of Costs<br>**Docket(s):** 168<br><br>X Plaintiffs   ☐ Third Party<br>☐ Defendant(s)   ☐ Other | GRANTED. |

Date: 10 · 17 · 02

JAY A. GARCIA-GREGORY
U.S. District Judge

U.S.M.J. for


