# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

SIEMENS MEDICAL SOLUTIONS ET AL..
    **Plaintiff(s)**

v.                                       **CIVIL NO. 97-2175(JAG)**

PRESBYTERIAN COMMUNITY
HOSPITAL
    **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 10/3/02<br>**Title:** Motion Requesting Substitution of Page<br>**Docket(s):** 166<br><br>☐ Plaintiffs    ☐ Third Party<br>X Defendant(s)    ☐ Other | GRANTED. |

Date: 10.24.02

JAY A. GARCIA-GREGORY
U.S. District Judge


