UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SHARED MEDICAL SYSTEMS CORP.

**Plaintiff(s)**

v.                                          CIVIL NO.   97-2175 (JAG)

PRESBYTERIAN COMMUNITY
HOSPITAL, INC.

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 10/18/02<br>**Title:** Motion Requesting an Additional Extension of Time to Oppose Post-Trial Motions Filed by Defendant<br>**Dockets:** 170<br><br>[x] **Plffs**   [ ] **Defts**   [ ] **Other** | **GRANTED.** Plaintiff shall have until October 25, 2002 to file its opposition to defendant's post-verdict motion. This is plaintiff's final extension of time. |

| MOTION | ORDER |
|---|---|
| **Date Filed:** 10/21/02<br>**Title:** Motion Requesting an Additional Extension of Time to Respond to Defendant's Opposition to Plaintiff's Bill of Costs<br>**Dockets:** 173<br><br>[x] **Plffs**   [ ] **Defts**   [ ] **Other** | **GRANTED.** |

Date: October 24, 2002                    JAY A. GARCIA-GREGORY
                                           U.S. District Judge

