# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

SHARED MEDICAL SYSTEMS

    **Plaintiff(s)**

    v.                                                      CIVIL NO.   97-2175 (JAG)

ASHFORD PRESBYTERIAN

    **Defendant(s)**

---

## ORDER

Plaintiff was required to file its opposition to defendant's post trial motions by October 25, 2002. To this date it has not done so. Plaintiff shall show cause by November 8, 2002 why sanctions should not be imposed for its failure to comply with court orders.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 28th day of October, 2002.

                                             JAY A. GARCIA-GREGORY
                                             United States District Judge


