# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

SHARED MEDICAL SYSTEMS CORP.

   **Plaintiff(s)**

   v.           CIVIL NO. 97-2175 (JAG)

PRESBYTERIAN COMMUNITY
HOSPITAL, INC.

   **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 10/28/02<br>**Title:** Motion Relative to Order Under Docket No. 175; Motion Requesting an Extension of Time to File a Motion Under Rule 44.1 of the Puerto Rico Rules of Civil Procedure<br>**Dockets:** 178, 179<br><br>[ X ] Plffs  [ ] Defts  [ ] Other | **GRANTED.** |

Date: November 4, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge

