UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

*U.S. CLERK'S OFFICE DISTRICT COURT SAN JUAN, P.R. 2002 DEC -2 AM 11: 21 RECEIVED AND FILED*

SHARED MEDICAL SYSTEMS

    Plaintiff(s)

        v.          CIVIL NO.  97-2175 (JAG)

ASHFORD PRESBYTERIAN
COMMUNITY HOSPITAL

    Defendant(s)

---

| MOTION | ORDER |
|---|---|
| **Date Filed:** 10/25/02<br>**Title:** Motion to Extend Time to Oppose Defendant's Post-Trial Motions.<br>**Docket(s):** 177<br><br>☑ Plaintiffs    ☐ Third Party<br>☐ Defendant(s)    ☐ Other | **MOOT** |

| MOTION | ORDER |
|---|---|
| **Date Filed:** 10/31/02<br>**Title:** Motion for Leave to File Surreply to Reply to Opposition to Bill of Costs and to Extend Time to File the Same.<br>**Docket(s):** 183<br><br>☐ Plaintiffs    ☐ Third Party<br>☑ Defendant(s)    ☐ Other | **DENIED** |




| MOTION | ORDER |
|---|---|
| **Date Filed:** 11/04/02<br>**Title:** Motion for hearing on post-trial motions.<br>**Docket(s):** 185<br><br>☐ Plaintiffs   ☐ Third Party<br>☒ Defendant(s)   ☐ Other | **DENIED** |

| MOTION | ORDER |
|---|---|
| **Date Filed:** 11/18/02<br>**Title:** Motion to Extend Time to File Opposition to Plaintiff's Motion for Attorney's Fees<br>**Docket(s):** 191<br><br>☐ Plaintiffs   ☐ Third Party<br>☒ Defendant(s)   ☐ Other | **DENIED** |

**Date:** November 26, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge