UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SIEMENS MEDICAL SOLUTIONS ET ALS.
    Plaintiff(s)

v.             CIVIL NO. 97-2175(JAG)

PRESBYTERIAN COMMUNITY
HOSPITAL INC.
    Defendant(s)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 12/4/02<br>**Title:** Motion requesting Order for Execution of Judgmnet<br>**Docket(s):** 194<br><br>X **Plaintiffs**    ☐ **Third Party**<br>☐ **Defendant(s)**    ☐ **Other** | The Defendant shall have 10 days to file an opposition or Order for Execution of Judgment shall issue. |

Date: December 9, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge