IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF PUERTO RICO

SHARED MEDICAL SYSTEM CORP.          Civil No. 97-2175(JAG)

   Plaintiff

v.                                   ACTION FOR BREACH OF
                                     CONTRACT

ASHFORD PRESBYTERIAN COMMUNITY
HOSPITAL, INC.

   Defendant

**NOTICE OF APPEAL**

TO THE HONORABLE COURT:

COMES NOW defendant, Presbyterian Community Hospital (the "Hospital"), wrongfully referred to as Ashford Presbyterian Community Hospital, Inc., through the undersigned attorneys and respectfully states, alleges and prays:

Notice is hereby given that Presbyterian Community Hospital, defendant in the above named case, hereby appeals to the United Sates Court of Appeals for the First Circuit from the Judgment dated and entered on docket on September 11, 2002 **(Dkt. 159)** and from the Opinion and Order dated November 26, 2002 and entered on docket on December 2, 2002 **(Dkt. 193)**.

WHEREFORE, it is respectfully requested from this Honorable Court that the above be noted for all legal purposes.

RESPECTFULLY SUBMITTED.

1

In San Juan, Puerto Rico, this 18th day of December, 2002.

**WE HEREBY CERTIFY** that copy of this Notice of Appeal has been sent by ordinary mail to: **Pedro Pierlusi, Esq.**, O'Neill & Borges, American International Plaza, Suite 800, 250 Muñoz Rivera Ave., Hato Rey, P.R. 00918-1813 and **Rafael Baella, Esq.**, Baella & Barceló, Esquire Bldg, Suite 102, #2 Vela St., Hato Rey, P.R. 00918.

**SANCHEZ BETANCES & SIFRE, P.S.C.**
BOLIVIA 33, SUITE 500
P.O. BOX 195055
SAN JUAN, PUERTO RICO 00919-5055
Phone: (787) 756-7880
Fax No. (787) 753-6580

GERARDO DE JESUS ANNONI
USCD No. 212209