UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SHARED MEDICAL SYSTEMS CORP.

Plaintiff(s)

v.                                              CIVIL NO.   97-2175 (JAG)

PRESBYTERIAN COMMUNITY
HOSPITAL, INC.

Defendant(s)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 12/26/02<br>**Title:** Motion Requesting an Extension of Time to File Response to Plaintiff's Request of Order for Execution of Judgment<br>**Dockets:** 197 | **GRANTED.** Defendant shall have until January 10, 2003 to file his opposition. |

[ ] Plffs    [X] Defts    [ ] Other

Date: December 30, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge


