# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

SIEMENS MEDICAL SERVICES
   **Plaintiff(s)**

v.

CIVIL NO. 97-2175 (JAG)

PRESBYTERIAN COMMUNITY
HOSPITAL
   **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 1/21/2003<br>**Title:** Motion Requesting Extension Of Time to Oppose and Leave to Reply<br>**Docket(s):** 202 | GRANTED. Plaintiff is granted leave to file a reply to the Opposition for the Execution of Judgment by February 5, 2003. Also by that date, SMS shall file its opposition to defendant's request for mediation. |

X Plaintiffs   ☐ Third Party
☐ Defendant(s)   ☐ Other

Date: January 23, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge


