UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SHARED MEDICAL SYSTEMS CORP.

**Plaintiff(s)**

v.                                        CIVIL NO.   97-2175 (JAG)

PRESBYTERIAN COMMUNITY
HOSPITAL, INC.

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 01/14/2003<br>**Title:** Motion to Maintain Attachments to Motion Under Seal<br>**Dockets:** 201 | **GRANTED.** Hereinafter Docket No. 200, including all its attachments shall remain under seal. |
| [ ] Plffs   [X] Defts   [ ] Other | |

Date:  January 22, 2003

JAY A. GARCIA-GREGORY
U.S. District Judge


