# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

SIEMENS MEDICAL SOLUTION HEALTH
SERVICES CORP. formerly known as
SHARED MEDICAL SYSTEMS CORP.
    **Plaintiff(s)**

v.

ASHFORD PRESBYTERIAN
COMMUNITY HOSPITAL INC.
    **Defendant(s)**

CIVIL NO. 97-2175 (JAG)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 1/15/2002<br>**Title:** Request for Mediation<br>**Docket(s):** 199 | DENIED. |
| ☐ Plaintiffs   ☐ Third Party<br>☐ Defendant(s)  ☐ Other | |

Date: September 4, 2003

JAY A. GARCIA-GREGORY
U.S. District Judge

