# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

SHARED MEDICAL SYSTEM CORP.
    **Plaintiff(s)**

    v.

                      **CIVIL NO.**   97-2175 (JAG)

ASHFORD PRESBYTERIAN
COMMUNITY HOSPITAL INC.
    **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:**   12/5/2002<br>**Title:**  Motion requesting order for execution of judgment<br>**Docket(s):** 194<br><br>X **Plaintiffs**   ☐ **Third Party**<br>☐ **Defendant(s)**   ☐ **Other** | DENIED without prejudice. The execution of judgment will be stayed pending appeal, pending appellant's posting of a supersedeas bond. See Fed. R. Civ. P. 62(d). |
| **Date Filed:**   2/18/2003<br>**Title:** Defendant's motion in opposition to plaintiff's motion requesting order for execution of judgment and/or request for stay of execution pending mediation and appeal without bond<br>**Docket(s):** 200<br><br>☐ **Plaintiffs**   ☐ **Third Party**<br>X **Defendant(s)**   ☐ **Other** | Appellant Presbyterian Community Hospital shall post a supersedeas bond in the amount of $50,000.00. Acevedo-Garcia v. Vera Monroig, 296 F.3ed 13 (1st Cir. 2002); see also Sckolnick v. Harlow, 820 F.2d 13, 15 (1st Cir. 1987). |

**Date:**   September 22, 2003

JAY A. GARCIA-GREGORY
U.S. District Judge