## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO
### Transmittal of Supplemental Record to the Court of Appeals

DATE:     September 30, 2003

DC #:     97-2175 (JAG)

CCA #:    03-1121

CASE CAPTION:    Shared Medical System Corp.    v.    Ashford Presbyterian Hospital

SPECIAL COMMENTS:    Copies of original documents

INDEX OF DOCUMENTS INCLUDED AS A SUPPLEMENTAL RECORD ON APPEAL:

DOCUMENTS:                                              VOLUMES:

Docket Entries   204,207,208,211,212                       I

I HEREBY CERTIFY that the enclosed documents contained herein are the original pleadings as described in the annexed index and constitute the supplemental record on appeal in the case.

FRANCES RIOS DE MORAN
Clerk of the Court

By: Xiomara Muniz
Deputy Clerk

Acknowledgment of Receipt:

Received By: _____
USCCA #: _____
s/c:  ICMS Parties, Docket Clerk, Appeals Clerk

