Case 3:97-cv-02175-JAG   Document 216-2   Filed 03/04/2004   Page 1 of 1

## HEALTH

# Ashford Presbyterian invests $12 million to continue expanding

### New hospital wing will have pharmacy, rooms for surgery and labor, delivery & recovery

BY TAINA ROSA

Pedro Gonzalez, executive director of Ashford Presbyterian Hospital in Condado, told CARIBBEAN BUSINESS that the hospital is investing $12 million to add a wing and expand medical services.

"We will start constructing a new building this year," he said. "On the first floor will be outpatient services and a pharmacy. On the second will be six surgery rooms, bringing the total to 14. On the third floor will be 14 beds for labor, delivery & recovery and two rooms for performing C-sections," said Gonzalez.

Gonzalez said the hospital would add another 25 beds. These will be on the new building's fourth and top floors until a permanent location is decided.

In March, the hospital will be inaugurating its new four-bed pediatric intensive care unit. "We are also expanding our adult intensive care unit, increasing the number of beds from six to 14," said Gonzalez.

He noted that some projects at the hospital have already been completed, such as the remodeling of the emergency room and of the neonatal intensive care unit. ∎



*Ashford Presbyterian Hospital is best known for its OB-GYN services. Shown in the photo is Executive Director Pedro Gonzalez.*