IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF PUERTO RICO

| | |
|---|---|
| SHARED MEDICAL SYSTEM CORP.<br><br>Plaintiff<br><br>v.<br><br>ASHFORD PRESBYTERIAN COMMUNITY HOSPITAL, INC.<br><br>Defendant | Civil No. 97-2175(JAG)<br><br>ACTION FOR BREACH OF CONTRACT |

**DEFENDANTS MOTION POSTING SUPERSEDEAS BOND**

TO THE HONORABLE COURT:

COMES NOW defendant, Presbyterian Community Hospital (the "Hospital"), wrongfully referred to as Ashford Presbyterian Community Hospital, Inc., through the undersigned attorneys and respectfully states, alleges and prays:

1. On September 22, 2003, the Court entered an Order denying plaintiffs Motion for Execution and, in light of defendants sound financial capacity, instructing the Hospital to post a supersedeas for an amount of $50,000.

2. In compliance with said Order, defendant posts a superseadeas bond (Bond No. F-00034857) (See **Exhibits B** and **C**) issued by Seguros Triple-S, Inc. at the clerk's office of this Honorable Court.

WHEREFORE, the Hospital respectfully requests the Court that the bond being posted today at the clerk's office be accepted pending determination of the appeal filed on March 31, 2004 by the defendant.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 31st day of March, 2004.

**WE HEREBY CERTIFY** that copy of this Notice of Appeal has been sent by ordinary mail to: **Pedro Pierlusi, Esq.**, O'Neill & Borges, American International Plaza, Suite 800, 250 Muñoz Rivera Ave., Hato Rey, P.R. 00918-1813 and **Rafael Baella, Esq.**, Baella & Barceló, Esquire Bldg, Suite 102, #2 Vela St., Hato Rey, P.R. 00918.

**SANCHEZ BETANCES & SIFRE, P.S.C.**
BOLIVIA 33, SUITE 500
P.O. BOX 195055
SAN JUAN, PUERTO RICO  00919-5055
Phone: (787) 756-7880
Fax No. (787) 753-6580


s/JAIME SIFRE RODRIGUEZ
USDC No. 117409


s/ GERARDO DE JESUS ANNONI
USCD No. 212209