Exhibit C

## ACKNOWLEDGEMENT OF SURETY

AFFIDAVIT NUM. ~743~            F-00034857

SHARED MEDICAL SYSTEMS CORPORATION VS ASHFORD PRESBITERIAN COMMUNITY HOSPITAL

ISLAND OF PUERTO RICO )
CITY OF SAN JUAN      )

On this **26** Day of **MARCH** 2004, before me, the Subscriber, a Notary Public of the City of **San Juan**, Puerto Rico, duly commissioned and qualified came **ROLANDO E. HERNANDEZ-----** of legal age, married, executive and resident of Toa Alta as attorney in fact of the **SEGUROS TRIPLE-S, INC.** to me personally known to be the officer who executed the preceding instrument, and he acknowledges execution of the same, and being by me duly sworn, deposited, and faith, that he is the said officer of the Company aforesaid, and that his signature as such officer was duly affixed and subscribed to said instrument by authority and direction of the said company given in the Power of Attorney* executed by said Company on the **21** day of **DEC. 2000**, the original of which is on file in the office of the Superintendent of Insurance of Puerto Rico.

IN TESTIMONY WHEREOF, I have hereunto set my hand an affixed my official seal at the City of **San Juan**, Puerto Rico the day and year first above written.

NOTARY PUBLIC

Exhibit B

| | |
|---|---|
| **SHARED MEDICAL SYSTEMS CORPORATION**<br><br>Plantiffs<br><br>Vs.<br><br>**ASHFORD PRESBYTERIAN COMMUNITY HOSPITAL**<br><br>Defendant | BOND NO.: F-00034857<br><br>CIVIL NO.: 97-2175 (JAG)<br><br>ON: ACTION FOR BREACH OF CONTRACT |

WHEREAS, in the above entitled case for the attachment of assets of the defendant for the payment of such cost and damages which may be incurred or suffered by defendants if they have been found in this case and,

WHEREAS, in order to vacate the said order of attachment the defendant must post a guarantee the satisfaction of said judgement to have been wrongfully enjoined on retrained on their property wrongfully seized.

NOW, THEREFORE, we the undersigned, SHARED MEDICAL SYSTEMS CORPORATION, as Principal and the SEGUROS TRIPLE-S, INC. a corporation organized under the laws of the Commonwealth of Puerto Rico, duly organized to do business in of Puerto Rico, as Surety, do bind and obligate ourselves to the payment of said judgement in the above entitled case, including principal, interest, cost and attorneys fee, up to the maximum amount of FIFTY THOUSAND DOLLARS AND 00/100-($50,000.00), as and when said judgement may become firm and executory.

Its is a condition of this bond ultimately judgement shoud be rendered against the plantiff's in the case, or if defendant should fully satify the judgement which may be entered in the case, with interest, cost and attorney's fees, then this obligation shall be void, otherwise it will remain in full force and virtue.

SIGNED, SEALED AND DATED AT Guaynabo, Puerto Rico on March 26, 2004.

ASHFORD PRESBITERIAN COMMUNITY HOSPITAL        SEGUROS TRIPLE-S, INC.

By _____                                    By _____
                                                                                              ROLANDO E. HERNANDEZ
                                                                                              ATTORNEY-IN-FACT