

S A N C H E Z   B E T A N C E S   &   S I F R E ,   C . S . P .
A B O G A D O S   Y   N O T A R I O S

Tel. (787) 756-7880
Telecopiadora (787) 753-6580
E-mail: sbs@sbslaw.com

Suite 500, Bolivia 33
San Juan, P.R. 00919
Apartado Postal 195055
San Juan, P.R. 00919-5055

2 de octubre de 2003

**VÍA FAX (787)721-1093**

Sr. Emilio Fournier
Vicepresidente
SALDAÑA & ASOCIADOS
701 Ponce de León
Edificio Centro de Seguros
Miramar, Tercer Piso
San Juan, Puerto Rico

RE: SMS v. Ashford Presbyterian Comm. Hospital, USDC No. 97-2175(JAG); 1st Cir. Appeal No. 03-1110

Estimado señor Fournier:

Le escribo en representación de mi cliente Ashford Presbyterian Comm. Hospital (el "Hospital"). Conforme le comuniqué en nuestra conversación telefónica en el día de ayer, el Hospital interesa gestionar una fianza por la cantidad de $50,000, según fuera requerida por el Tribunal de Distrito Federal para el Distrito de Puerto Rico en el caso de referencia. Le acompaño copia de la sentencia en la que se fija la cuantía de la fianza. La totalidad de la sentencia es de $575,000, pero en consideración a la condición financiera saludable del Hospital, el Tribunal optó por limitar la cuantía de la fianza a la suma mínima mencionada.

Actualmente, el caso se encuentra en apelación ante el Primer Circuito. Además, como parte de la oficina de mediación del Tribunal del Circuito, las partes se han cursado varias ofertas transaccionales, las cuales deben continuar en busca de un acuerdo satisfactorio extrajudicial.

Le agradeceré grandemente que me indique a la brevedad posible los pasos a seguir, así como los términos y el costo, de gestionar con su compañía esta fianza para el Hospital.

Cordialmente,

SÁNCHEZ BETANCES & SIFRE, P.S.C.

Gerardo De Jesús Annoni

Anejo
893-001\026ct

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

SHARED MEDICAL SYSTEM CORP.
    **Plaintiff(s)**

v.

CIVIL NO. 97-2175 (JAG)

ASHFORD PRESBYTERIAN
COMMUNITY HOSPITAL INC.
    **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 12/5/2002<br>**Title:** Motion requesting order for execution of judgment<br>**Docket(s):** 194<br><br>X Plaintiffs    ☐ Third Party<br>☐ Defendant(s)    ☐ Other | DENIED without prejudice. The execution of judgment will be stayed pending appeal, pending appellant's posting of a supersedeas bond. See Fed. R. Civ. P. 62(d). |
| **Date Filed:** 2/18/2003<br>**Title:** Defendant's motion in opposition to plaintiff's motion requesting order for execution of judgment and/or request for stay of execution pending mediation and appeal without bond<br>**Docket(s):** 200<br><br>☐ Plaintiffs    ☐ Third Party<br>X Defendant(s)    ☐ Other | Appellant Presbyterian Community Hospital shall post a supersedeas bond in the amount of $50,000.00. Acevedo-Garcia v. Vera Monroig, 296 F.3ed 13 (1st Cir. 2002); see also Sckolnick v. Harlow, 820 F.2d 13, 15 (1st Cir. 1987). |

**Date:** September 22, 2003

JAY A. GARCIA-GREGORY
U.S. District Judge