# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO
## Transmittal of Supplemental Record to the Court of Appeals

DATE:   April 20, 2004

DC #:   97-2175 (JAG)

CCA #:  03-1121

CASE CAPTION:      Shared Medical Systems   v.   Ashford Presbiterian Community

SPECIAL COMMENTS:   Original documents in file folders

**INDEX OF DOCUMENTS INCLUDED AS A SUPPLEMENTAL RECORD ON APPEAL:**

DOCUMENTS:                                          VOLUMES:

Docket Entries   219-226  (Transcripts)                 I

I HEREBY CERTIFY that the enclosed documents contained herein are the original pleadings as described in the annexed index and constitute the supplemental record on appeal in the case.

FRANCES RIOS DE MORAN
Clerk of the Court

By: Xiomara Muniz
Deputy Clerk

Acknowledgment of Receipt:

Received By: _____
USCCA #:     _____
s/c:  CM/ECF Parties, Docket Clerk, Appeals Clerk